| | | |
|---|---|---|
| People v Rounds | 4th Dept: 140 AD3d 1657 (Lewis) | denied 10/27/16 (Rivera, J.) |
| People v Russell | County Ct, 6/29/16 (Washington) | denied 10/4/16 (Pigott, J.) |
| People v St. Pierre | 3d Dept: 141 AD3d 958 (Clinton) | denied 10/11/16 (Fahey, J.) |
| People v Sams | 2d Dept: 140 AD3d 1195 (Kings) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Sanchez | App Div, 1st Dept: 2016 NY Slip Op 79527(U) (Bronx) | denied 10/12/16 (DiFiore, Ch. J.) |
| People v Sandoval | 2d Dept: 141 AD3d 621 (Queens) | denied 10/25/16 (Garcia, J.) |
| People v Santiago | 4th Dept: 141 AD3d 1111 (Monroe) | denied 10/4/16 (Pigott, J.) |
| People v Santos | 1st Dept: 140 AD3d 499 (NY) | denied 10/4/16 (Pigott, J.) |
| People v Simmons | App Div, 4th Dept, 6/25/16 (Onondaga) | dismissed 10/4/16 (Pigott, J.) |
| People v Slater | 2d Dept: 141 AD3d 677 (Dutchess) | denied 10/11/16 (Pigott, J.) |
| People v Smith | 1st Dept: 139 AD3d 131 (NY) | denied 10/11/16 (Garcia, J.) |
| People v Spasoff | App Term, 2d Dept, 9th & 10th Jud Dists: 52 Misc 3d 134(A) (Westchester) | denied 10/4/16 (Pigott, J.) |
| People v Stanley | App Div, 3d Dept: 2013 NY Slip Op 92197(U) (Albany) | dismissed 10/11/16 (Rivera, J.) |
| People v Stevens | 4th Dept: 140 AD3d 1706 (Wayne) | denied 10/4/16 (Pigott, J.) |
| People v Stress | 2d Dept: 141 AD3d 677 (Dutchess) | denied 10/11/16 (Pigott, J.) |
| People v Terborg | App Div, 4th Dept: 2015 NY Slip Op 74317(U) (Monroe) | denied reconsideration 10/11/16 (Rivera, J.) |
| People v Thorpe | 3d Dept: 141 AD3d 927 (Washington) | denied 10/27/16 (Pigott, J.) |
| People v Tucker | App Term, 1st Dept: 52 Misc 3d 144(A) (NY) | denied 10/31/16 (Stein, J.) |
| People v Turner | 2d Dept: 142 AD3d 680 (Queens) | denied 10/17/16 (Garcia, J.) |
| People v Tusa | 2d Dept: 142 AD3d 680 (Suffolk) | denied 10/19/16 (Rivera, J.) |
| People v Urbanski | County Ct, 7/18/16 (Erie) | denied 10/20/16 (Stein, J.) |
| People v Urena | App Div, 2d Dept: 2016 NY Slip Op 80155(U) (Queens) | dismissed 10/12/16 (Garcia, J.) |
| People v Vinzant | 2d Dept: 142 AD3d 720 (Suffolk) | denied 10/26/16 (Rivera, J.) |